# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASH WRIGHT, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE FARM INSURANCE CO./STATE | : | NO. 18-681 |
| FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE CO., *et al.*, | : | |
|     Defendants. | : | |

## **ORDER**

AND NOW, this 27th day of March, 2018, upon consideration of Mr. Wright's Motion to Proceed *In Forma Pauperis* (ECF No. 5) and his *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Complaint is DISMISSED in accordance with the Court's Memorandum. To the extent Mr. Wright has any legitimate state law claims, those claims are dismissed without prejudice to him refiling his case in state court. Any federal claims are dismissed with prejudice. Mr. Wright may not file an amended complaint in this case.

3. The Clerk of Court shall CLOSE this case.

                                                                      /s/ Gerald Austin McHugh
                                                               United States District Judge